NUMBER
13-00-012-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

MALCOLM
TROY EARVIN,                                         Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

___________________________________________________________________

 

                  On appeal from the 157th
District Court

                            of Harris
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

     Before Chief Justice Valdez and
Justices Castillo and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, MALCOLM
TROY EARVIN, perfected an appeal from a judgment entered by the 157th
District Court of Harris County, Texas, in cause number 9413942.  The clerk=s record was filed on April 7, 2000.  No reporter=s record was filed.  Appellant=s brief was due on or about May 8, 2003.  To
date, no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On June
17, 2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of prosecution.  The appeal is hereby DISMISSED FOR WANT OF
PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 28th day of July,
2005